FRABONI, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Ernesto Fraboni,

as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. This court is of opinion that the proofs of the plaintiff did not establish a cause of actionable negligence against the defendant. The order appealed from is therefore reversed, with costs, and the judgment unanimously reinstated.

